SEALED
CASE UNSEALED PER ORDER OF COURT

FILED
DEC 13 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY TEODORO RAMIREZ, <br><br> Defendant. | Case No. **18MJ6283** <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(2) - Felon in Possession of Ammunition; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute |

The undersigned Complainant, being duly sworn, states:

Count One

On or about December 5, 2018, within the Southern District of California, defendant JEFFREY TEODORO RAMIREZ, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess ammunition that traveled in and affected interstate commerce, to wit: 8 unexpended Hornady 9mm cartridges; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Count Two

On or about December 5, 2018, within the Southern District of California, defendant JEFFREY TEODORO RAMIREZ, knowingly and intentionally possessed, with intent to distribute, 50 grams and more, to wit: approximately 203 grams of methamphetamine (actual), a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

1

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Austin Sailor
Special Agent, ATF

Sworn to before me and subscribed in my presence, this 13th day of December, 2018.

_____
HONORABLE BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

STATEMENT OF FACTS

The complainant states that on December 5, 2018 Oceanside Police Department officers were conducting patrol on Oceanside Boulevard. At approximately 6:36 PM they observed an individual, later identified as the defendant, driving a black Lincoln sedan with a nonfunctioning brake light, in violation of the California Vehicle Code. After a traffic stop was conducted, officers contacted the defendant, who was sitting in the driver's seat, and a female, who was sitting in the front passenger seat.

While speaking with defendant, officers noticed that he had green leafy substance residue consistent with marijuana on his lap. When asked how much marijuana he had in the vehicle, defendant produced a plastic bag with approximately 2.7 grams of marijuana. At that time, record checks showed defendant to be on active probation for a felony conviction. Records checks also revealed that defendant had multiple prior arrests for narcotics related offenses. Both occupants were asked to exit the vehicle and a search for additional narcotics was conducted.

During the search of defendant's vehicle, officers recovered a Glock magazine with 8 unexpended cartridges manufactured by Hornady from the center console. On the floorboard of the driver's side, officers recovered a cylindrical glass pipe with a bulbous end. In the backseat of the vehicle, officers located a backpack that contained a cell phone and unloaded fully functioning "Glock 19 clone" firearm which was modified illegally. Officers also searched a large plastic bag in the vehicle which contained approximately 203 grams of a white, crystal like substance that tested positive for methamphetamine. In the same plastic bag was an envelope which contained $3,650 dollars in different denominations. A digital scale were also recovered from the vehicle. During a subsequent conversation with a probation officer, the Oceanside police officers were advised that defendant was no longer on active probation. Additional records checks revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 06/14/2012 | San Diego Superior Court North County | VC 2800.2 - Reckless Evading Peace Officer | 2 years prison |
| 06/14/2012 | San Diego Superior Court North County | VC 10851 - Unlawful Taking of Vehicle | 2 years prison |
| 06/14/2012 | San Diego Superior Court North County | PC 459 - Burglary | 8 months prison |
| 01/04/2010 | San Diego Superior Court North County | HS 11350 - Possession of Controlled Substance | 2 years prison |
| 01/04/2010 | San Diego Superior Court North County | PC 487(a) - Grand Theft | 16 months prison |

3

| 09/09/2005 | US District Court Southern District CA 05CR00304-DMS | 8 U.S.C. 1324 Bringing in Illegal Aliens | 30 months BOP; 2 years S/R |
|---|---|---|---|

A preliminary review of the Hornady ammunition by a Special Agent from the Bureau of Alcohol Tobacco Firearms and Explosives (ATF) indicated that it was not manufactured in the State of California.

## Request for Sealing

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.

4