FILED

JAN 16 2019

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY TEODORO RAMIREZ,<br><br>Defendant. | Case No. 19CR00150-H<br><br>**ORDER OF DETENTION ON DEFENDANT'S WAIVER OF BAIL PENDING TRIAL** |

In accordance with the Bail Reform Act of 1984, 18 U.S.C. § 31242(f), a detention hearing was set for January 15, 2019, in order to determine whether Jeffrey Teodoro Ramirez ("Defendant") should be held in custody pending trial. Assistant United States Attorney Kareem Salem appeared on behalf of the United States. Attorney Steve Lemish appeared on behalf of the defendant. At the hearing, Defendant knowingly and voluntarily waived his right to the setting of bail and a detention hearing and voluntarily stipulated to his detention, in this matter.

## ORDER

IT IS HEREBY ORDERED, based on the defendant's stipulation, that the defendant be detained pending trial and, if convicted, sentencing in this matter, without prejudice or waiver of the defendant's right to later apply for bail and conditions of release, and without prejudice or a waiver of the right of the United States to seek detention in the event of an application by the defendant for such relief.

IT IS FURTHER ORDERED that the defendant be committed to the custody of

1 the Attorney General or his designated representative for confinement in a corrections
2 facility separate, to the extent practicable, from persons awaiting or serving sentence or
3 being held in custody pending appeal. The defendant shall be afforded reasonable
4 opportunity for private consultation with counsel.

5     While in custody, upon order of a court of the United States or upon the request
6 of an attorney for the United States, the person in charge of the correctional facility shall
7 deliver the defendant to the United States Marshal for the purpose of an appearance in
8 connection with a court proceeding or any other appearance stipulated to by defense
9 and Government counsel.

10     This order is made without prejudice to modification by this Court and without
11 prejudice to the defendant's exercise of his right to bail and a detention hearing at a
12 future date.

13     IT IS SO ORDERED.

14 DATED: 1/16/2019

HON. RUBEN B. BROOKS
United States Magistrate Judge