

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY TEODORO RAMIREZ,<br><br>    Defendant. | Case No. 19cr150-H<br><br>ORDER OF CRIMINAL FORFEITURE |

WHEREAS in the Superseding Information in the above-captioned case, the United States sought forfeiture of all right, title, and interest of the above-named defendant in specific properties of Defendant JEFFREY TEODORO RAMIREZ ("Defendant"), pursuant to Title 18 United States Code, Section 924(d)(1), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c) as properties constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of the offenses alleged in Counts 1 and 2, and any and all properties used or intended to be used in any manner or part to commit and to facilitate the commission of the violation of Title 18, United States Code, Sections 922(g) and Title 21, United States Code, 841(a)(1), as charged in Counts 1 and 2 of the Superseding Information; and

WHEREAS, on or about July 3, 2019, Defendant pled guilty before Magistrate Judge Jill L. Burkhardt to Counts 1 and 2 of the Superseding Information, which pleas included

//

consents to the forfeiture allegations of the Superseding Information, including forfeiture of the following:

    a.    One (1) stainless steel firearm with Polymer 80 frame model PLC801, SN: None; and

    b.    Eight (8) rounds of Hornady ammunition, CAL: 9; and

    c.    $3,650.00 in United States Currency; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the forfeited properties and the offense; and

WHEREAS, on or about July 5, 2019, the following properties were administratively forfeited in the Southern District of California by the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"):

    a.    One (1) stainless steel firearm with Polymer 80 frame model PLC801, SN: None; and

    b.    Eight (8) rounds of Hornady ammunition, CAL: 9; and

WHEREAS, the following property is currently in custody of the Oceanside Police Department ("OPD"):

    c.    $3,650.00 in United States Currency; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

According, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.    Based upon the guilty pleas of the Defendant, all right, title, and interest of Defendant JEFFRERY TEODORO RAMIREZ in the following properties are hereby forfeited to the United States:

    a.    One (1) stainless steel firearm with Polymer 80 frame model PLC801, SN: None;

    b.    Eight (8) rounds of Hornady ammunition, CAL: 9; and

    c.    $3,650.00 in United States Currency.

//

2. The $3,650.00 in United States Currency, which is currently in the custody of the Oceanside Police Department ("OPD"), shall be disposed of by the OPD according to law when no longer needed as evidence.

3. The Court reaffirms the completed administrative forfeiture proceedings as to the One (1) stainless steel firearm with Polymer 80 frame model PLC801 and Eight (8) rounds of Hornady ammunition. No ancillary proceedings or further forfeiture action is required in this case.

DATED: 1/13/20

Hon. Marilyn L. Huff
United States District Judge