1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              CASE NO.:   19CR00150-001-H

12              Plaintiff,                  Hon. John A. Houston

13        v.                                **ORDER GRANTING DEFENDANT'S
                                            UNOPPOSED MOTION FOR
14   JEFFREY TEODORO RAMIREZ,               COMPASSIONATE RELEASE
                                            PURSUANT TO 18 U.S.C.
15              Defendant.                  § 3582(c)(1)(A)(i)**

16

17        Pending before the Court is Defendant Jeffrey Teodoro Ramirez's

18   ("Defendant") Motion for Compassionate Release.   (ECF No. 51).   The

19   Government does not oppose the motion. (ECF No. ECF No. 53).  After a careful

20   review of the pleadings submitted, and for the reasons set forth below, IT IS

21   HEREBY ORDERED the motion is **GRANTED**.

22        Defendant seeks to reduce his sentence pursuant to the First Step Act, 18

23   U.S.C. 3582(c)(1)(A)(i), given his terminal illness. (ECF No. 51).  To establish

24   that they are eligible for sentence reduction, defendants must demonstrate that they

25   have exhausted their administrative remedies, that extraordinary and compelling

26   circumstances warrant reduction, and that reduction is consistent with the 3553(a)

27   factors.  18 U.S.C. § 3582 (c)(1)(A).  Courts also consider whether defendants pose

28   a danger to the community. *United States v. Villarreal*, 2022 WL 874965, at *5,

1  n.6 (S.D. Cal. Mar. 24, 2022).

2       Here, the Court finds that (1) Defendant has satisfied the administrative

3  exhaustion requirement; (2) in light of Defendant's advanced, terminal illness and

4  the Government's non-opposition, Defendant has sufficiently demonstrated

5  extraordinary and compelling reasons warranting reduction; (3) the factors as set

6  forth in 18 U.S.C. § 3553(a) are consistent with a reduction to time served; and (4)

7  Defendant will not pose a danger to the community.  Moreover, under the

8  circumstances presented, the Court finds it appropriate to vacate Defendant's five-

9  year term of supervised release.

10       Good cause having, therefore, been shown, this Court **GRANTS**

11  Defendant's Motion for Compassionate Release pursuant to 18 U.S.C.

12  § 3582(c)(1)(A) and resentences Defendant to a time-served custodial sentence,

13  effective immediately.  The previously ordered five-year term of supervised release

14  is **VACATED**.

15       **IT IS SO ORDERED**.

16

17  DATED:  August 9, 2022              By: _____

18                                         Hon. John A. Houston
                                           United States District Court Judge
19

20

21

22

23

24

25

26

27

28

2